**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYLE DARRISAW** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA** | : | **NO. 24-3331** |

# ORDER

**AND NOW,** this 2nd day of September, 2026, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;[1]

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**, as moot; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

Hon. Mia R. Perez

[1] Petitioner had fourteen days from service of the Report & Recommendation to file objections. *See* Loc. Civ. R. 72.1 IV(b). The Report & Recommendation was mailed to Petitioner on August 17, 2026, making his deadline to file objections August 31, 2026. *See* Fed. R. Civ. P. 5(b)(2)(C) (service is complete upon mailing). Petitioner did not file objections by that deadline.